IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY DWAYNE STATEN,

    Plaintiff,

v.                                              Case No. 4:23-cv-446-AW-MAF

GOODWILL INDUSTRIES OF
THE BIG BEND, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After determining that Plaintiff's amended complaint was deficient, the magistrate judge directed Plaintiff to file a second amended complaint. ECF No. 6. The magistrate judge warned that failure to comply could result in dismissal. *Id.* Plaintiff did not comply, and the magistrate judge accordingly recommended dismissal without prejudice for failure to comply with a court order. ECF No. 7. Plaintiff has not objected to that report and recommendation. It appears that Plaintiff has abandoned this litigation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

1

SO ORDERED on January 16, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge